UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONELL L. TILLMAN, individually
and on behalf of all others similarly
situated

       Plaintiff,

v.                                                                                    Case No: 2:16-cv-313-FtM-99CM

ALLY FINANCIAL INC.,

       Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Motion to Seal Portions of Ally Financial Inc.'s Opposition to Plaintiff's Motion to Compel (Doc. 62) filed on December 12, 2016. Plaintiff does not oppose the requested relief. Doc. 64. Defendant seeks to file under seal its response to Plaintiff's Motion to Compel (Doc. 47).

    Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Defendant has sufficiently identified and described the document proposed for sealing and sufficiently explained that filing the document under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion to Seal Portions of Ally Financial Inc.'s Opposition to Plaintiff's Motion to Compel (Doc. 62) is **GRANTED**.

2. Defendant may file under seal its response to Plaintiff's Motion to Compel (Doc. 47) on or before **December 19, 2016**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of December, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record