UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONELL L. TILLMAN, individually
and on behalf of all others similarly
situated

      Plaintiff,

v.                                      Case No: 2:16-cv-313-FtM-99CM

ALLY FINANCIAL INC.,

      Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion to Seal Portions of Ally Financial Inc.'s Opposition to Plaintiff's Second Motion to Compel (Doc. 112) filed on March 29, 2017. Defendant seeks to file under seal its response to Plaintiff's Renewed Motion to Compel Defendant's Production of Discovery (Doc. 107) and the declarations of Aaron Heiner and Diane Accurso because the response and the declarations contain Defendant's non-public proprietary information, competitively sensitive information, and private financial records. Doc. 112 at 1, 3-5. Plaintiff does not oppose the requested relief. *Id.* at 11.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal;

(v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Defendant has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion to Seal Portions of Ally Financial Inc.'s Opposition to Plaintiff's Second Motion to Compel (Doc. 112) is **GRANTED**.

2. Defendant may file under seal its response to Plaintiff's Renewed Motion to Compel Defendant's Production of Discovery (Doc. 107) and the declarations of Aaron Heiner and Diane Accurso on or before **April 4, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of March, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record