UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONELL L. TILLMAN, individually
and on behalf of all others similarly
situated

      Plaintiff,

v.                                       Case No: 2:16-cv-313-FtM-99CM

ALLY FINANCIAL INC.,

      Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion to Seal Portions of Ally Financial Inc.'s Response to Plaintiff's Objections to Magistrate Judge Mirando's April 17, 2017 Order (Doc. 144) filed on May 15, 2017. Defendant seeks to file under seal its response to Plaintiff's objections to the Order (Doc. 135) because the response contains Defendant's non-public proprietary and competitively sensitive information regarding Defendant's data storage and account management systems. Doc. 144 at 2. Plaintiff does not oppose the requested relief. *Id.* at 9.

> Pursuant to Local Rule 1.09(a),
>
> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal;

(v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Defendant has sufficiently identified and described the document proposed for sealing and sufficiently explained that filing the document under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED**:

Defendant's Unopposed Motion to Seal Portions of Ally Financial Inc.'s Response to Plaintiff's Objections to Magistrate Judge Mirando's April 17, 2017 Order (Doc. 144) is **GRANTED**. Defendant may file under seal its response to the objections (Doc. 135) on or before **May 22, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of May, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record