UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONELL L. TILLMAN, individually
and on behalf of all others similarly
situated

      Plaintiff,

v.                                          Case No: 2:16-cv-313-FtM-99CM

ALLY FINANCIAL INC.,

      Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion for Leave to File under Seal an Unredacted Version of Plaintiff's Motion for Reconsideration (Doc. 162) filed on October 13, 2017. Plaintiff seeks to file under seal his motion for reconsideration because the motion cites and refers to documents designated as confidential by Defendant and previously filed under seal with Court's leave. Doc. 162 at 1. Defendant does not oppose the requested relief. *Id.* at 4.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the document proposed for sealing and sufficiently explained that filing the document under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion for Leave to File under Seal an Unredacted Version of Plaintiff's Motion for Reconsideration (Doc. 162) is **GRANTED**. Plaintiff may file under seal his motion for reconsideration on or before **October 23, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record